**FILED**

August 6, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____VJP_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. **DR:25-CR-01979-EG** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **I N D I C T M E N T** |
| | § | |
| **REYMUNDO HERNANDEZ-NINO (1)** | § | [COUNT ONE: 18 U.S.C. § 933(a)(1) and |
| **EDGAR JOSUE** | § | (b), Conspiracy to traffic firearms; |
| **MONTELONGO-LOERA (2)** | § | COUNT TWO:  18 U.S.C. § 933(a)(1) and |
| **KENIA LIZBETH MONTELONGO (3)** | § | (b), Trafficking Firearms |
| **FRANCISCO CARDOZA, JR. (4)** | § | COUNT THREE: 18 U.S.C. § 554, |
| **JOSE DE LA CRUZ-CARDOZA (5)** | § | Smuggling Goods from the United States; |
| | § | COUNTS FOUR: 18 U.S.C. § 922(d)(5)(A), |
| | § | Sale or Transfer to a Prohibited Person |
| | § | COUNT FIVE: 18 U.S.C. § 922(g)(5) and |
| | § | 924(a)(8) - Alien in Possession of a |
| | § | Firearm.] |
| | § | |
| | § | **FORFEITURE** |
| | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 933(a)(1) and (b)]

Between on or about May 1, 2024, through July 16, 2025, in the Western District of Texas,

and elsewhere, Defendants,

**REYMUNDO HERNANDEZ-NINO (1),**
**EDGAR JOSUE MONTELONGO-LOERA (2),**
**KENIA LIZBETH MONTELONGO (3),**
**FRANCISCO CARDOZA, JR. (4),**
**JOSE DE LA CRUZ-CARDOZA (5),**

did knowingly conspire and agree together and with persons known and unknown, to ship,

transport, transfer, cause to be transported, and otherwise dispose of one and more firearms,

including but not limited to:

BERETTA USA CORP; Model: 92FS; Caliber: 9mm; Type: PISTOL; S/N: A302781Z.

BERETTA USA CORP; Model: 80X Cheetah; Caliber: 380; Type: PISTOL; S/N: Y032903X

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKWM933

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AFTW638

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKRC018

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKWM932

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKXZ145

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CDKP333.

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CERF101.

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CEEL475.

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CERF581.

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CDUM852.

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CERF583.

GLOCK GMBH; Model: 19x; Caliber: 9; Type: PISTOL; S/N: CERF503.

GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUL485

GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUK694

GIRSAN; Model: MC 1911 S9 Liberator; Caliber: 9mm; Type: PISTOL; S/N: T6368-23DU00155

SIG SAUER (SIG-ARMS); Model: P238; Caliber: 380; Type: PISTOL; S/N: 27B123627

RUGER; Model: RUGER-57; Caliber: 5.7mm; Type: PISTOL; S/N: 644-05800

RUGER; Model: SECURITY-380; Caliber: 380; Type: PISTOL; S/N: 387-16988.

RUGER; Model: SECURITY-380; Caliber: 380; Type: PISTOL; S/N: 388-12282.

ZRODELTA (CSJB HOLDINGS, INC.); Model: READY SERIES; Caliber: 5.56mm; Type: RIFLE; S/N: zsr03379

DEL-TON INC.; Model: DTI-15; Caliber: 556mm; Type: RIFLE; S/N: DTI-S153634

REMINGTON ARMS COMPANY, INC.; Model: 770; Caliber: 243; Type: RIFLE; S/N: M72124154

EMPEROR; Model: MPTAC12 Ultra; Caliber: 12 guage; Type: SHOTGUN; S/N: 21BHP1435

MOSSBERG INTERNATIONAL; Model: 715P; Caliber: .22; Type: ANY OTHER WEAPON (NFA); S/N: EVE4657487

HERITAGE MFG. INC.; Model: ROUGH RIDER; Caliber: .22; Type: REVOLVER; S/N: 3BR043169

TAURUS; Model: PT1911; Caliber: .45; Type: PISTOL; S/N: AAL040080

METRO ARMS CORPORATION; Model: LLAMA MICRO MAX; Caliber: 380; Type: PISTOL; S/N: 07-04-07-328-97

WEIHRAUCH, HERMANN; Model: WINDICATOR; Caliber: 357; Type: REVOLVER; S/N: 1773011

MASTERPIECE ARMS; Model: DEFENDER; Caliber: 9mm; Type: PISTOL; S/N: FX29884.

SMITH & WESSON; Model: M&P 22; Caliber: .22; Type: PISTOL; S/N: HJU8834

to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, transfer, carrying, and possession of a firearm by the recipient would constitute a felony, to wit: 18 U.S.C. 554, in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

COUNT TWO
[18 U.S.C. § 933(a)(1) and (b)]

On or about July 12, 2025, in the Western District of Texas, Defendant(s),

**REYMUNDO HERNANDEZ-NINO (1),**
**EDGAR JOSUE MONTELONGO-LOERA (2),**
**KENIA LIZBETH MONTELONGO (3),**
**FRANCISCO CARDOZA, JR. (4),**
**JOSE DE LA CRUZ-CARDOZA (5),**

did ship, transport, transfer, cause to be transported, and otherwise dispose of one and more

firearms, including but not limited to:

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CDKP333

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CERF101

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CEEL475

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CERF581

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CDUM852

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CERF583

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CERF503

MASTERPIECE ARMS; Model: DEFENDER; Caliber: 9mm; Type: PISTOL; S/N: FX29884

to another person, in and affecting interstate and foreign commerce, knowing and having

reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient

would constitute a felony, (as defined in section 932(a)) in violation of Title 18, United States

Code, Sections 933(a)(1) and (b).

COUNT THREE
(18 U.S.C. § 554)

INTRODUCTION

At all times relevant to this Indictment:

1. The Commerce Control List ("CCL"), located at Title 15, Code of Federal Regulations, Section 774, details commodities, software, and technology subject to control by the United States Department of Commerce, Bureau of Industry and Security pursuant to the Export Control Reform Act, Title 50, United States Code, Chapter 58.

2. The CCL is part of the Export Administration Regulations ("EAR"), located at Title 15, Code of Federal Regulations, Section 730 et seq.

3. Firearms are designated as controlled items in Section 774, Appendix Supplement Number 1 of the CCL.

4. Ammunition is designated as controlled item in Section 774, Appendix Supplement Number 1 of the CCL.

5. According to Title 15, Code of Federal Regulations, Section 736.2, a person may not export an item subject to the EAR to another country if exporting that item to that country requires a license.

6. Exportation of firearms and ammunition to Mexico requires a license.

Defendants **REYMUNDO HERNANDEZ-NINO (1), EDGAR JOSUE MONTELONGO-LOERA (2), KENIA LIZBETH MONTELONGO (3), FRANCISCO CARDOZA, JR. (4), JOSE DE LA CRUZ-CARDOZA (5),** did not have a license or any authority to export firearms or ammunition out of the United States to Mexico.

On or about July 12, 2025, in the Western District of Texas, and elsewhere, Defendants,

**REYMUNDO HERNANDEZ-NINO (1),
EDGAR JOSUE MONTELONGO-LOERA (2),
KENIA LIZBETH MONTELONGO (3),
FRANCISCO CARDOZA, JR. (4),
JOSE DE LA CRUZ-CARDOZA (5),**

did knowingly and unlawfully aid and abet the exportation and attempted exportation from the

United States merchandise, to wit: multiple firearms, ammunition and accessories, including one

and more of the following:

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CDKP333

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CERF101

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CEEL475

GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CERF581

GLOCK GMBH; Model: 19x; Caliber: 9; Type: PISTOL; S/N: CDUM852

GLOCK GMBH; Model: 19x; Caliber: 9; Type: PISTOL; S/N: CERF583

GLOCK GMBH; Model: 19x; Caliber: 9; Type: PISTOL; S/N: CERF503

MASTERPIECE ARMS; Model: DEFENDER; Caliber: 9 millimeter; Type: PISTOL; S/N: FX29884

contrary to any law or regulation of the United States, and aided and abetted the purchase, transportation, concealment, storage, purchase, and sale of said firearms prior to exportation and attempted exportation knowing that the firearms were intended for export, the exportation and attempted exportation being contrary to any law or regulation of the United States and had not obtained a license or written authorization for such attempted export, in violation of Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Sections 774 and 736.2(b)(1), all in violation of Title 18, United States Code, Sections 554 & 2.

COUNT FOUR
[18 U.S.C. § 922(d)(5)(A)]

On or about July 16, 2025, in the Western District of Texas, Defendant,

**EDGAR JOSUE MONTELONGO-LOERA (2),**
**KENIA LIZBETH MONTELONGO (3),**

knowingly purchased, loaned, transferred possession, and disposed of a firearm, to wit:

RUGER; Model: SECURITY-380; Caliber: 380; Type: PISTOL; S/N: 387-16988.

RUGER; Model: SECURITY-380; Caliber: 380; Type: PISTOL; S/N: 388-12282.

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKWM933

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AFTW638

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKRC018

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKWM932

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKXZ145

SMITH & WESSON; Model: M&P 22; Caliber: 22; Type: PISTOL; S/N: HJU8834

GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUL485

GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUK694

knowing and having reasonable cause to believe that REYMUNDO HERNANDEZ-NINO was then an alien illegally and unlawfully in the United States, in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

COUNT FIVE<br>[18 U.S.C. § 922(g)(5) and 924(a)(8)

On or about July 16, 2025, in the Western District of Texas, Defendant,

<strong>REYMUNDO HERNANDEZ-NINO (1),</strong>

knowing that he was an alien who was illegally and unlawfully in the United States, did knowingly possess a firearm, to wit:

RUGER; Model: SECURITY-380; Caliber: 380; Type: PISTOL; S/N: 387-16988.

RUGER; Model: SECURITY-380; Caliber: 380; Type: PISTOL; S/N: 388-12282.

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKWM933

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AFTW638

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKRC018

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKWM932

GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKXZ145

SMITH & WESSON; Model: M&P 22; Caliber: 22; Type: PISTOL; S/N: HJU8834

GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUL485

GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUK694

having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
### [*See* FED. R. CRIM. P. 32.2]
### I.
### Firearms Violations and Forfeiture Statutes
### [Title 18 U.S.C. §§ 933(a)(1), (a)(3), and (b), 922(d)(5)(A), (g)(5) and 924(a)(8), subject to forfeiture pursuant to Title 18 U.S.C. § 934(a) and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the foregoing criminal violations set forth above, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of property, including any items listed below, upon conviction and as a part sentence pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 934(a) and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states the following:

**Title 18 U.S.C. § 934. Forfeiture and fines**
**(a) Forfeiture.—**
    **(1) In general.** Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law—
        **(A)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and
        **(B)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, except that for any forfeiture of any firearm or ammunition pursuant to this section, section 924(d) shall apply.
    **(2) Imposition.** —The court, in imposing sentence on a person convicted of a violation of section 932 or 933, shall order, in addition to any other sentence imposed pursuant to section 932 or 933, that the person forfeit to the United States all property described in paragraph (1).

**Title 18 U.S.C. § 924. Penalties**
    **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (d). . .(g) . . . of section 922, . . . or knowing violation of section 924…shall be subject to seizure and forfeiture . . . .

### II.
### Smuggling Violations and Forfeiture Statutes
### [Title 18 U.S.C. § 554 & 2, subject to forfeiture pursuant to
### Title 18 U.S.C. § 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d),

**made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c).]**

As a result of the foregoing criminal violation set forth above, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of the property, including the items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and Title 19 U.S.C. § 1595a(d), made applicable to criminal forfeiture pursuant to Title 18 U.S.C. § 981(a)(1)(C) and Title 28 U.S.C. § 2461(c), which states the following:

> **Title 18 U.S.C. § 981. Civil forfeiture**
> **(a) (1)** The following property is subject to forfeiture to the United States:
> ***
> **(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to . . . any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense.

The offense of smuggling goods from the United States as alleged in Count Three is an offense constituting "specified unlawful activity" as defined in Title 18 U.S.C. § 1956(c)(7).

> **Title 19 U.S.C. § 1595a. Aiding unlawful importation**
> **(d) Merchandise exported contrary to law**
> Merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be seized and forfeited to the United States.

This Notice of Demand for Forfeiture includes but is not limited to the following:

1. **BERETTA USA CORP; Model: 92FS; Caliber: 9mm; Type: PISTOL; S/N: A302781Z;**
2. **BERETTA USA CORP; Model: 80X Cheetah; Caliber: 380; Type: PISTOL; S/N: Y032903X;**
3. **GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKWM933;**
4. **GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AFTW638;**
5. **GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKRC018;**
6. **GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKWM932;**
7. **GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKXZ145;**
8. **GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CDKP333;**

9.  GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CERF101;
10. GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CEEL475;
11. GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CERF581;
12. GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CDUM852;
13. GLOCK GMBH; Model: 19x; Caliber: 9mm; Type: PISTOL; S/N: CERF583;
14. GLOCK GMBH; Model: 19x; Caliber: 9; Type: PISTOL; S/N: CERF503;
15. GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUL485;
16. GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUK694;
17. GIRSAN; Model: MC 1911 S9 Liberator; Caliber: 9mm; Type: PISTOL; S/N: T6368-23DU00155;
18. SIG SAUER (SIG-ARMS); Model: P238; Caliber: 380; Type: PISTOL; S/N: 27B123627;
19. RUGER; Model: RUGER-57; Caliber: 5.7mm; Type: PISTOL; S/N: 644-05800;
20. RUGER; Model: SECURITY-380; Caliber: 380; Type: PISTOL; S/N: 387-16988;
21. RUGER; Model: SECURITY-380; Caliber: 380; Type: PISTOL; S/N: 388-12282;
22. ZRODELTA (CSJB HOLDINGS, INC.); Model: READY SERIES; Caliber: 5.56mm; Type: RIFLE; S/N: zsr03379;
23. DEL-TON INC.; Model: DTI-15; Caliber: 556mm; Type: RIFLE; S/N: DTI-S153634;
24. REMINGTON ARMS COMPANY, INC.; Model: 770; Caliber: 243; Type: RIFLE; S/N: M72124154;
25. EMPEROR; Model: MPTAC12 Ultra; Caliber: 12 guage; Type: SHOTGUN; S/N: 21BHP1435;
26. MOSSBERG INTERNATIONAL; Model: 715P; Caliber: .22; Type: ANY OTHER WEAPON (NFA); S/N: EVE4657487;
27. HERITAGE MFG. INC.; Model: ROUGH RIDER; Caliber: .22; Type: REVOLVER; S/N: 3BR043169;
28. TAURUS; Model: PT1911; Caliber: .45; Type: PISTOL; S/N: AAL040080;
29. METRO ARMS CORPORATION; Model: LLAMA MICRO MAX; Caliber: 380; Type: PISTOL; S/N: 07-04-07-328-97;
30. WEIHRAUCH, HERMANN; Model: WINDICATOR; Caliber: 357; Type: REVOLVER; S/N: 1773011;
31. MASTERPIECE ARMS; Model: DEFENDER; Caliber: 9mm; Type: PISTOL; S/N: FX29884;
32. SMITH & WESSON; Model: M&P 22; Caliber: .22; Type: PISTOL; S/N: HJU8834; and
33. Any related ammunition and firearm accessories.

A TRUE BILL.

FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By: _____
      BRETT C. MINER
      Assistant United States Attorney